UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 08673
   ALEXANDER MCKENNIE
   KATHLEEN D MCKENNIE                          CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-4389    SSN XXX-XX-9102
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/20/06 and confirmed on 11/17/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   5425.00 .

   4.  The Trustee made disbursements to creditors as follows:

```
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIBANK                   CURRENT MORTG          .00          .00           .00
CITIBANK                   MORTGAGE ARRE       621.00          .00        621.00
CENTRUST MORTGAGE          UNSECURED        NOT FILED          .00           .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED          .00           .00
PREMIER BANKCARD/CHARTER   UNSECURED           152.59          .00        152.59
PATHOLOGY CONSULTANTS      UNSECURED        NOT FILED          .00           .00
CAPITAL ONE AUTO FINANCE   SECURED                .00          .00           .00
         Summary of disbursements:
------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  621.00           .00       152.59       .00        773.59
PRINCIPAL PAID      621.00           .00       152.59       .00        773.59
INTEREST PAID          .00           .00          .00       .00           .00
TOTAL PAID          621.00           .00       152.59       .00        773.59
```
The Debtor's attorney, MELVIN J KAPLAN                 , was allowed $   3000.00
and was paid $    676.00   direct and $    2324.00   through the plan.

The Trustee received $     163.03 .

Refunds to the Debtor totaled $    2164.38 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/15/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 06 B 08673 ALEXANDER MCKENNIE & KATHLEEN D MCKENNIE
```